UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    A.D.M. *on behalf of* R.M., *et al.*,

                                   Plaintiffs

                                   24-CV-5419 (VSB)

                 -against-

                                   **ORDER**

    NEW YORK CITY DEPARTMENT OF
    EDUCATION,

                                  Defendant.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. (*See* Doc. 14.) Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:   December 26, 2024
           New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge